UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| All In Production, LLP,<br><br>                         Plaintiff,<br><br>v.<br><br>Federated Sports & Gaming, Inc.,<br>and Federated Heartland, Inc.<br><br>                         Defendants. | CIVIL FILE NO. 3:11-cv-00093-RRE-KKK<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned attorneys, that the above-entitled action may be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without costs to either party.

Dated: January 10, 2012

MOSS & BARNETT
A Professional Association

By: s/ Terese A. West
      Terese A. West (No. 31416X)
      James R. Bedell (No. 26961X)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 877-5000
Facsimile: (612) 877-5999
Email: west@moss-barnett.com
ATTORNEYS FOR PLAINTIFF

MESSERLI & KRAMER P.A.

By: s/ John Harper
      John Harper, III (No. 41397)
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402-1217
Telephone: (612) 672-3600
Facsimile: (612) 672-3777
Email: jharper@messerlikramer.com
ATTORNEYS FOR DEFENDANTS

1922893v1